Nathaniel Sterling, State Bar No. 215734
STERLING LAW FIRM
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Phone: 916-801-4386

Attorney for Plaintiff, Erika Wong

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Erika Wong, | Case No.: 18-cv-00124-MEJ |
|---|---|
| Plaintiff, | REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| Anthony Levandowski, | [PROPOSED] ORDER FILED CONCURRENTLY |
| Defendant. | |
| | Judge: M.E. JAMES |
| | Date: April 5, 2018 |
| | Time: 10:00 AM |
| | Courtroom: B, 15th Floor |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rule 16-10(a), Plaintiff's attorney hereby requests to appear by telephone at the initial case management conference currently scheduled for April 5, 2018 at 10:00 AM.

DATE: March 16, 2018               STERLING LAW FIRM

                                   /s/ Nathaniel Sterling
                                   Nathaniel Sterling, Esq.
                                   Attorney for Plaintiff

Nathaniel Sterling, State Bar No. 215734
STERLING LAW FIRM
4790 Dewey Drive, Suite A
Fair Oaks, California 95628
Phone: 916-801-4386

Attorney for Plaintiff, Erika Wong

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Erika Wong,<br><br>        Plaintiff,<br><br>v.<br><br>Anthony Levandowski,<br><br>        Defendant.<br>_____ | Case No.: 18-cv-00124-MEJ<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE<br><br>Judge: M.E. JAMES<br>Date: April 5, 2018<br>Time: 10:00 AM<br>Courtroom: B, 15th Floor |

**<u>ORDER</u>**

Plaintiff's attorney's request to appear by telephone at initial case management conference is hereby granted pursuant to Local Rule 16-10(a).

Dated: March _____, 2018        _____
                                            HON. JUDGE JAMES, USDC