Nathaniel Sterling, State Bar No. 215734
STERLING LAW FIRM
4790 Dewey Drive, Suite A
Fair Oaks, CA 95628
Phone: 916-801-4386

Attorney for Plaintiff Erika Wong

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIKA WONG, | Case Number: 3:18-cv-00124-VC |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE** |
| v. | |
| ANTHONY LEVANDOWSKI, and DOES 1 through 10, inclusive, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a) and the parties' tolling/standstill agreement and agreement to mediate this case in good faith, Plaintiff Erika Wong voluntarily dismisses **without** prejudice the above-entitled action against Defendant Anthony Levandowski, which civil action may by law and said agreement be re-filed in the event the mediation process does not achieve full resolution.  Pursuant to Federal Rule of Civil Procedure 41(a)(i), this notice of dismissal **without** prejudice is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

Date:  March 22, 2018                              STERLING LAW FIRM


By: /s/ Nathaniel Sterling
    Nathaniel Sterling, Esq.
    Attorney for Plaintiff Erika Wong